John F. Hyland (SBN 178875)
*jhyland@rukinhyland.com*
Rebecca H. Stephens (SBN 299234)
*rstephens@rukinhyland.com*
RUKIN HYLAND LLP
100 Pine Street, Suite 2150
San Francisco, California 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Defendants
San Bruno Inn, LLP,
Camino Royale Investment Corporation, and
Suresh M. Ghandi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARUN KUMAR,<br><br>Plaintiff,<br><br>v.<br><br>SAN BRUNO INN, A CALIFORNIA LIMITED PARTNERSHIP; CAMINO ROYALE INVESTMENT CORPORATION; RAMADA WORLDWIDE, INC; and SURESH M. GHANDI, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 176CIV00056<br><br>DEFENDANTS' NOTICE OF REMOVAL<br><br>(28 U.S.C. §§ 1331, 1441, 1446; 29 U.S.C. §207) |

1    TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to 29 U.S.C. sections 1441 *et seq.*, Defendants San Bruno Inn, LLP, Camino Royale Investment Corporation, and Suresh M. Ghandi ("Defendants") hereby remove the above-entitled action from the Superior Court of the State of California in and for the County of San Mateo to the United States District Court for the Northern District of California, with joinder in such removal by Defendant Ramada Worldwide, Inc.

In support of this removal, Defendants state the following:

I.  PLEADINGS, PROCESS, AND ORDERS

1. On January 5, 2017, Plaintiff Arun Kumar filed a Complaint in the Superior Court of the State of California for the County of San Mateo, entitled: *Arun Kumar v. San Bruno Inn, a California Limited Partnership; Camino Royale Investment Corporation; Ramada Worldwide, Inc.; and Suresh M. Ghandi, and DOES 1-20, inclusive.* (Case No. 176CIV00056) ("Complaint"). Defendants attach a true and correct copy of the Complaint, including the Summons, as *Exhibit A*.

2. The Complaint alleges nine purported causes of action against Defendants: (1) Failure to Pay Wages – Fair Labor Standards Act ("FLSA") (against all defendants); (2) Failure to Pay All "Straight" Wages and Overtime Earned – California Labor Code and IWC Wage Orders (against San Bruno Inn, LLP and Camino Royale Investment Corporation); (3) Liquidated Damages – FLSA and California Labor Code (against all defendants); (4) Failure to Provide Meal and Rest Periods –California Labor Code (against San Bruno Inn, LLP and Camino Royale Investment Corporation); (5) Waiting Time Penalties – California Labor Code (against San Bruno Inn, LLP and Camino Royale Investment Corporation); (6) Failure to Provide an Accurate Wage Statement – California Labor Code (against San Bruno Inn, LLP and Camino Royale Investment Corporation); (7) Civil Penalties – California Labor Code (against San Bruno Inn, LLP and Camino Royale Investment Corporation); (8) Unlawful, Unfair and Fraudulent Business Practices – Business and Professions Code  (against San Bruno Inn, LLP and Camino Royale Investment Corporation); and (9) Failure to Produce Documentation – California Labor Code (against San Bruno Inn, LLP and Camino Royale Investment Corporation).  (*See* Complaint ¶¶ 40-112.)

3. Plaintiff served a copy of the summons and complaint on Defendants Camino Royale Investment Corporation and Suresh M. Ghandi on January 23, 2017, via personal delivery. Plaintiff served a copy of the summons and complaint on Defendant San Bruno Inn, LLP, on February 16, 2017, via personal delivery.

4. Defendants filed and served their Answer to the Complaint on February 21, 2017. Defendants have attached true and correct copies of the Answers as *Exhibit B*.

5. Exhibits A and B, along with the answer filed by Defendant Ramada Worldwide, Inc. (attached as an *Exhibit C*), comprise all process, pleadings and orders filed in this case.

## II. DEFENDANTS' TIMELY REMOVE THIS ACTION

6. Without conceding the timeliness of Plaintiff's service of the Summons and Complaint for purposes of 28 U.S.C. section 1446(b), Defendants file this Notice of Removal within thirty days of January 23, 2017, the date on which Plaintiff served the summons and complaint on these Defendants and, therefore, Defendants timely remove the case to this Court pursuant to 28 U.S.C. section 1446(b).

## III. ORIGINAL SUBJECT MATTER JURISDICTION EXISTS

7. Defendants may properly remove this action because the Court has original jurisdiction over the claims asserting purported violations of the Fair Labor Standards Act (FLSA) set forth in Plaintiff's first and third causes of action in the Complaint. *See* 28 U.S.C. §§ 1331, 1441(a). Defendants may also properly remove Plaintiff's state law causes of action pursuant to 28 U.S.C. section 1441(c).

## IV. THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED

8. Plaintiff originally filed this case in the Superior Court of the State of California, San Mateo County. (*See* Exhibit A.) Venue therefore properly lies in the Northern District of California pursuant to 28 U.S.C. sections 84(a), 1441, and 1446(a).

9. As required by 28 U.S.C. section 1446(d), Defendants will provide notice of this removal to Plaintiff through his attorney of record and will file notice with the Superior Court of the State of California, County of San Mateo.

10. Defendants have not previously filed in this action a notice of removal.

WHEREAS, Defendants respectfully request that this action be removed from the Superior Court of the State of California in and for the County of San Mateo to the United States District Court for the Northern District of California, and that all future proceedings in this matter take place in the United States District Court for the Northern District of California.

Dated:  February 22, 2017                                         RUKIN HYLAND LLP


By:____/s/ *John F. Hyland*_____
John F. Hyland
Rebecca Stephens

Attorneys for Defendants and Removing Parties
San Bruno Inn, LLP,
Camino Royale Investment Corporation,
and Suresh M. Ghandi